■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KEVIN HUDSON, Appellant.—Appeal by the defendant from a judgment of the Supreme Court, Kings County (Juviler, J.), rendered June 23, 1988, convicting him of attempted sodomy in the first degree, attempted rape in the first degree and

sexual abuse in the first degree (two counts), upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The charge, when read as a whole, conveyed to the jury the People's burden of proving beyond a reasonable doubt each and every element of the crimes charged (see, CPL 300.10 [2]; *People v Dengler,* 109 AD2d 847). The inclusion of the language "reasonable probability" in describing an attempt did not confuse the jurors or dilute the People's burden of proof (see, *People v Rizzo,* 246 NY 334, 337; *People v Williams,* 124 AD2d 615, 616).

Furthermore, we find that the sentence was neither harsh nor excessive. Mangano, P. J., Eiber, O'Brien and Ritter, JJ., concur.